UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-22893-SCOLA/GOODMAN

JOAN RILEY, and LINDA SCOTT,
individually and on behalf of all others
similarly situated,

Plaintiffs

v.

HERITAGE PROPERTY & CASUALTY
INSURANCE COMPANY,

    Defendant.
_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Mark A. Salky, Esq. of the law firm of Greenberg Traurig, P.A., hereby appears for Defendant Heritage Property & Casualty Insurance Company in the above-titled action. It is hereby requested that all further pleadings, court filings and other papers be served via the Court's ECF filing system or at the address below.

Date: October 7, 2022

    Respectfully submitted,

**GREENBERG TRAURIG, P.A.**

333 S.E. 2nd Avenue, Suite 4400

Miami, Florida 33131
Telephone: (305) 579-0816
Facsimile: (305) 579-0717

By: */s/ Mark A. Salky*
    MARK A. SALKY
    Florida Bar No. 58221
    Email: salkym@gtlaw.com

*Counsel for Defendant Heritage Property & Casualty Insurance Company*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 7th day of October 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record identified below either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

*/s/ Mark A. Salky*
MARK A. SALKY

## SERVICE LIST

**Frank R. Rodríguez**
Rodríguez Tramont & Nuñez, P.A.
255 Alhambra Circle
Suite 1150
Coral Gables, FL 33134
305-350-2300
Fax: 305-350-2525
Email: pan@rtgn-law.com

**Jason K. Kellogg, P.A.**
Levine Kellogg Lehman
Schneider & Grossman LLP
200 Southeast 2nd Avenue
Miami Tower, 36th Floor
Miami, FL 33131
305-403-8788
Fax: 305-403-8789
Email: jk@lklsg.com

**Michael C. Knecht**
Knecht Law Group
658 W. Indiantown Road, Suite 211
Jupiter, Florida 33458
561-745-2110
Email: mck@mikeknecht.com
Email: susan@mikeknecht.com

*Counsel for Plaintiffs*